**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| Cyndi Tradewell,<br><br>                     Plaintiff,<br>v.<br><br>Premier Credit of North America, LLC; and DOES 1-10, inclusive,<br><br>                     Defendant. | Civil Action No.: 1:10-cv-02403-RDB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 22, 2011

                                        Respectfully submitted,
                                      By /s/ Forrest E. Mays
                                      Forrest E. Mays (Bar No. 07510)
                                      1783 Forest Drive, Suite 109
                                      Annapolis, MD  21401
                                      Telephone: (410) 267-6297
                                      Facsimile: (410) 267-6234
                                      Email: mayslaw@mac.com

                                      Of Counsel To
                                      LEMBERG & ASSOCIATES L.L.C.
                                      A Connecticut Law Firm
                                      1100 Summer Street, 3rd Floor
                                      Stamford, CT 06905
                                      Telephone: (203) 653-2250
                                      Facsimile:  (877) 795-3666
                                      ATTORNEYS FOR PLAINTIFF

Case 1:10-cv-02403-RDB   Document 6   Filed 06/22/11   Page 2 of 2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 22, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

           By_/s/ Forrest E. Mays_____

             Forrest E. Mays